STATE OF GEORGIA *v.* WALKER *et al.*

DUCKWORTH, Chief Justice. The exception here is to a judgment discharging a rule nisi issued by the Judge of the Superior Court of Macon County on the address of two-thirds of the grand jury of that county, under Code § 32-905, on charges of inefficiency of certain named members of the Macon County Board of Education. The Supreme Court is without jurisdiction of the matter, under Code (Ann.) § 2-3704, and the case must be transferred to the Court of Appeals. Code (Ann.), § 2-3708; *Goodwyn* v. *Roop,* 181 *Ga.* 327 (182 S. E. 4); *Bell* v. *Bell,* 193 *Ga.* 291 (18 S. E. 2d, 473); *Wilson* v. *State Highway Dept. of Ga.,* 208 *Ga.* 510 (67 S. E. 2d, 578); *Putnam* v. *Sewell,* 209 *Ga.* 28 (70 S. E. 2d,

462); *Jarrard* v. *Wildes,* 209 *Ga.* 282 (71 S. E. 2d, 549); *McGill* v. *State of Ga.,* 209 *Ga.* 282 (71 S. E. 2d, 548).

*Transferred to the Court of Appeals. All the Justices concur, except Atkinson, P. J., and Wyatt, J., not participating.*

No. 18081. ARGUED JANUARY 13, 1953—DECIDED FEBRUARY 9, 1953.

*Wingate Dykes, Solicitor-General, A. C. Felton III, John S. Averill Jr., Chas. J. Bloch* and *Charles Burgamy, Solicitor-General,* for plaintiff in error.

*S. M. Mathews, Garland Byrd, Jared Bull, Scott Williams* and *S. H. Dykes,* contra.